

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shenita Lashon Davis, Appellant

No. 06-20-00011-CR          v.

The State of Texas

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-0240-19). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the bill of costs by deleting the $300.00 assessment for attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Shenita Lashon Davis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 5, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk